IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40373
Conference Calendar
_____

MICHAEL WAYNE ASKEY,

                                        Plaintiff-Appellant,

versus

TIMOTHY WEST, Warden, Individually & In his Official
Capacity; UNKNOWN PERSON SIMPSON, Major, Individually &
In his Official Capacity; R. TARVER, Captain, Individually
& In his Official Capacity, UNKNOWN PERSON FLAKES, Assistant
Warden, Individually & In his Official Capacity; K. PENNY,
Lieutenant, Individually & In his Official Capacity; UNKNOWN
PERSON PITTMAN, Sergeant, Individually & In his Official
Capacity; UNKNOWN PERSON JOHNSON; Lieutenant, Individually & In
her Official Capacity; UNKNOWN PERSON SISTRUNK, Correctional
Officer, Individually & In his Official Capacity; UNKNOWN PERSON
GORSUCH, Sergeant, Individually & In his Official Capacity;
S. PENRY, Correctional Officer, Individually & In his Official
Capacity; UNKNOWN PERSON PISKE, Correctional Officer,
Individually & In his Official Capacity; S. MCBRIDE, Correctional
Officer, Individually & In his Official Capacity; K. BEACH,
Sergeant, Individually & In his Official Capacity; UNKNOWN PERSON
RICHMOND, Correctional Officer, Individually & In his Official
Capacity; UNKNOWN PERSON BAMBINO, Correctional Officer,
Individually & In his Official Capacity; B. SEWELL, Correctional
Officer & In his Official Capacity; UNKNOWN PERSON ALLISON,
Correctional Officer & In his Official Capacity; UNKNOWN PERSON
BROWN, Correctional Officer, Individually & In his Official
Capacity; UNKNOWN PERSON JACK, Correctional Officer, Individually
& In his Official Capacity; UNKNOWN PERSON LUCIA, Correctional
Officer Individually & In his Official Capacity; UNKNOWN PERSON
DEVERAUX, Correctional Officer, Individually & In her Official
Capacity; UNKNOWN PERSON STAPLES, Assistant Warden, Individually
& In his Official Capacity; UNKNOWN PERSON SHEPPARD, Correctional
Officer, Individually & In his Official Capacity; UNKNOWN PERSON
ALEXANDER, Correctional Officer, Individually & In his Official
Capacity; UNKNOWN PERSON CORDELL, Correctional Officer,
Individually & In his Official Capacity; BILLYE FORREST, Captain,
Individually & In her Official Capacity,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CV-1663
--------------------
June 16, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Michael Wayne Askey ("Askey"), Texas prisoner # 552552, appeals the magistrate judge's denial of his motion for appointment of counsel. "A district court should appoint counsel in a civil rights case only if presented with exceptional circumstances." See Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997). This court will overturn a district court's decision regarding appointment of counsel only if the appellant shows a clear abuse of discretion. See Cupit v. Jones, 835 F.2d 82, 86 (5th Cir. 1987).

Askey argues that the magistrate judge abused his discretion because: (1) the magistrate judge prematurely decided the motion before first requiring the defendants to answer the complaint; (2) Askey is too sick to represent himself; (3) Askey lacks knowledge of the legal process; and (4) Askey's case will involve the presentation of conflicting testimony. Askey failed to present exceptional circumstances below. This court will not consider his arguments raised for the first time on appeal. The magistrate judge did not abuse its discretion in denying Askey's motion. See Norton, 122 F.3d at 293.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.